UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COREY DEVON NELSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-24-866-J |
| TERRY TUGGLE, | ) ) ) |
| Respondent. | ) ) |

**ORDER**

Petitioner, a state prisoner appearing pro se, has filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254. The matter was referred to United States Magistrate Judge Amanda Maxfield Green for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 6]. On November 7, 2024, Judge Green issued a Report and Recommendation recommending that this action be dismissed without prejudice based upon Petitioner's failure to comply with the Court's order. [Doc. No. 8]. Petitioner was advised of his right to object to the Report and Recommendation by December 2, 2024. No objection has been filed. Petitioner has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 8] and DISMISSES Petitioner's Petition for Writ of Habeas Corpus, without prejudice, for Petitioner's failure to comply with the Court's order.

IT IS SO ORDERED this 18th day of December, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE